UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHELLY D. ALBERT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:13-CV-1707-SNLJ ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## **ORDER**

The above styled and numbered case was filed on August 30, 2013, and randomly assigned to the Honorable Stephen N. Limbaugh, Jr., United States District Judge.

However, a review of this case indicates that this case was erroneously filed in the Eastern Division of this District . Pursuant to Local Rule 2.07(B)(1), all actions brought against a single defendant who is a resident of this district must be brought in the division where the defendant resides, or where the claim for relief arose. In the claim at hand, the plaintiff resides and the claim arose in Iron County which is located within this district's Southeastern Division. See Local Rule 2.07(A)(1). Therefore,

**IT IS HEREBY OREDERED** that this case is transferred to the Southeast Division and randomly assigned to the Honorable Frederick R. Buckles, United States Magistrate Judge, under cause number 1:13-CV-0125 and that cause number 4:13-CV-1707-SNLJ be administratively closed.

**JAMES G. WOODWARD, CLERK**
By: **/s/ Michele Crayton**
**Deputy In Charge**

Dated this 3rd Day of September, 2013.
**In all future filings please use the following cause number**: **1:13-CV-0125-FRB**